

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

<div style="font-style: italic">
The Jacob K. Javits Federal Building<br>
26 Federal Plaza, 37th Floor<br>
New York, New York 10278
</div>

May 9, 2025

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Nana Owusu*, 17 Cr. 123 (LAP)

Dear Judge Preska:

      In the matter of defendant Nana Owusu's violations of supervised release, a conference is scheduled for Wednesday, May 14, 2025 at 12:00. Defense counsel, Jason Foy, Esq., is currently on trial in Bronx County, and to accommodate his schedule, the parties and Probation jointly request an adjournment of this matter until June 9, 2025 at 12:00.

```
The conference currently scheduled
for May 14, 2025 in the above-
captioned action is adjourned to June
9, 2025 at 12 pm.

SO ORDERED.

Dated: May 9, 2025
```

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Frank J. Balsamello
Frank J. Balsamello / Matthew Hellman
Assistant United States Attorneys
(212) 637-2325 / -2278

/s/ Loretta A. Preska
_____
   LORETTA A. PRESKA, U.S.D.J.

cc:   Jason Foy, Esq., *counsel for defendant Nana Owusu* (by ECF)
       John Depierri, *United States Probation Officer* (by e-mail)